IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| CHRISTOPHER SMITH,<br>*Plaintiff,*<br><br>v.<br><br>THE FINTEX GROUP LLC<br>ANDREW WEINSTEIN,<br>*Defendants.* | Docket No. 5:24-cv-02134-JFL |

**DISCLOSURE OF CITIZENSHIP IN DIVERSITY JURISDICTION CASES**

This disclosure is filed on behalf of Defendants The Fintex Group LLC and Andrew Weinstein in compliance with the provisions of Rule 7.1(a)(2) of the Federal Rules of Civil Procedure, which provides that in an action in which jurisdiction is based on diversity under 28 U.S.C. § 1332(a), a party or intervenor must, unless the court orders otherwise, name and identify the citizenship of every individual or entity whose citizenship is attributable to that party or intervenor when the action is filed in or removed to federal court, and when any later event occurs that could affect the court's jurisdiction under § 1332(a).

Pursuant to Fed. R. Civ. P. 71(a)(2), the below parties hereby declare the following names and citizenships of every individual or entity whose citizenship is attributed to that party partnership, and unincorporated association is determined by the citizenship of all its members or partners.

| | |
|---|---|
| The Fintex Group LLC | Delaware |
| (Party/Intervenor) | (Citizenship) |
| Andrew Weinstein | California |
| (Party/Intervenor) | (Citizenship) |

Respectfully submitted,

**McNEES WALLACE & NURICK LLC**

By: /s/*Adam L. Santucci*
Adam L. Santucci (I.D. 307058)
Erik Roberts Anderson (I.D. 203007)
100 Pine Street, P.O. Box 1166
Harrisburg, PA 17108-1166
(717) 232-8000
asantucci@mcneeslaw.com
eanderson@mcneeslaw.com

Date: June 24, 2024      *Counsel for Defendants*

# CERTIFICATE OF SERVICE

The undersigned hereby certifies that on this date a copy of the foregoing was served upon the following counsel for Plaintiff through the ECF Guidelines of this Court:

>Glenn Williams
>Lauren E. Komsa
>Brian P. Graffeo
>**WILLIAMS, GRAFFEO & STERN LLC**
>60 Washington Street
>Suite 204
>Morristown, NJ 07960
>williams@wgslawyers.com
>komsa@wgslawyers.com
>graffeo@wgslawyers.com

Date: June 24, 2024                                        /s/*Adam L. Santucci*
                                                           Adam L. Santucci
                                                           I.D. 307058