## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| CHRISTOPHER SMITH,<br>    *Plaintiff,*<br><br>    v.<br><br>THE FINTEX GROUP LLC<br>ANDREW WEINSTEIN,<br>    *Defendants.* | Docket No. 5:24-cv-02134-JFL |

## DISCLOSURE STATEMENT FORM

Please check one box:

☒     The nongovernmental corporate party, The Fintex Group LLC, in the above listed civil action does not have any parent corporation and publicly held corporation that owns 10% or more of its stock.

☐     The nongovernmental corporate party, The Fintex Group LLC, in the above listed civil action has the following parent corporation(s) and publicly held corporation(s) that owns 10% or more of its stock:

                                                       Respectfully submitted,

                                                       **McNEES WALLACE & NURICK LLC**

                            By:      /s/*Adam L. Santucci*
                                                        Adam L. Santucci (I.D. 307058)
                                                        Erik Roberts Anderson (I.D. 203007)
                                                        100 Pine Street, P.O. Box 1166
                                                        Harrisburg, PA 17108-1166
                                                        (717) 232-8000
                                                        asantucci@mcneeslaw.com
                                                        eanderson@mcneeslaw.com

Date: June 28, 2024                             *Counsel for Defendants*

# CERTIFICATE OF SERVICE

The undersigned hereby certifies that on this date a copy of the foregoing was served upon the following counsel for Plaintiff through the ECF Guidelines of this Court:

>Glenn Williams
>Lauren E. Komsa
>Brian P. Graffeo
>**WILLIAMS, GRAFFEO & STERN LLC**
>60 Washington Street
>Suite 204
>Morristown, NJ 07960
>williams@wgslawyers.com
>komsa@wgslawyers.com
>graffeo@wgslawyers.com

Date: June 28, 2024                     /s/*Adam L. Santucci*
                                        Adam L. Santucci
                                        I.D. 307058