UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| CHRISTOPHER SMITH, | : | CIVIL ACTION |
| Plaintiff, | : | |
| | : | |
| v. | : | No. 5:24-cv-2134 |
| | : | |
| THE FINTEX GROUP, LLC and ANDREW | : | |
| WEINSTEIN, | : | |
| Defendants. | : | |

ORDER OF REFERRAL FOR SETTLEMENT CONFERENCE

**AND NOW**, this 25th day of September, 2024, it is **ORDERED:**

(1)     The within matter is referred to United States Magistrate Judge Pamela A. Carlos to schedule and conduct a settlement conference on or after December 23, 2024.[1]

(2)     In the event any defendant has not yet entered an appearance at the time of this Order, plaintiff shall serve a copy of this Order upon that defendant.

(3)     As a matter of standard operating procedure, the office of the United States Magistrate Judge will contact counsel for the parties in the near future.

BY THE COURT:

*/s/ Joseph F. Leeson, Jr.*
JOSEPH F. LEESON, JR.
United States District Judge

cc:     Honorable Pamela A. Carlos

---

[1] It is recommended that United States Magistrate Judge Pamela A. Carlos direct that a person with settlement authority appear on behalf of all parties.