IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| CHRISTOPHER SMITH, | ) |
| Plaintiff, | ) ) ) |
| v. | ) No. 5:24-cv-02134 |
| THE FINTEX GROUP, LLC and ANDREW WEINSTEIN, | ) ) ) ) |
| Defendant. | ) ) ) |

## CERTIFICATE OF SERVICE

I certify that true and correct copies of the foregoing Martin Michael's Objections and Responses to Subpoena Directed to Martin Michael, was served this 20th day of November, 2024, with notice being filed with the Clerk of Court using the CM/ECF System, and a true and accurate copy was served upon the following counsel of record via email and First Class Mail.

Brian P. Graffeo, Esq.
Glenn J. Williams, Esq.
Lauren E. Komsa Esq.
Williams, Graffeo & Stern LLC
60 Washington Street, Suite 204,
Morristown, NJ 07960
graffen@wgslawyers.com
komsa@wgslawyers.com

/s/ Timur R. Dikec
Timur R. Dikec, Esq. (PA Bar ID. 333225)
timur.dikec@nelsonmullins.com
(412) 730-3311

NELSON MULLINS RILEY & SCARBOROUGH LLP
Six PPG Place, Suite 700
Pittsburgh, PA 15222
(412) 730-4050

*Attorney for Martin Michael*