IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| CHRISTOPHER SMITH, | : | |
| | : | |
| *Plaintiff / Counterclaim-Defendant,* | : | |
| | : | |
| v. | : | No. 5:24-cv-02134-JFL |
| | : | |
| THE FINTEX GROUP, LLC and | : | JURY TRIAL DEMANDED |
| ANDREW WEINSTEIN, | : | |
| | : | |
| *Defendants / Counterclaim-Plaintiffs.* | : | |

## DEFENDANTS' STATEMENT OF MATERIAL UNDISPUTED FACTS IN SUPPORT OF ITS MOTION FOR PARTIAL SUMMARY JUDGMENT

In support of their Partial Motion for Summary Judgment, Defendants The Fintex Group, LLC ("Fintex") and Andrew Weinstein ("Weinstein"), by and through their undersigned counsel, hereby file this concise statement of material facts to which they contends there is no genuine issue to be tried.

### The Parties

1. Fintex is a Delaware limited liability company. (Doc. 1, p. 2 at ¶ 3; Doc. 25, p. 3 at ¶ 3).

2. Weinstein is a managing partner of Fintex. (Exhibit FF).

3. Plaintiff Christopher Smith ("Plaintiff") is an adult individual. (Doc. 1, p. 2 at ¶ 2).

### Background

███████████████████████████████████████████

███████████████████████████████████████████

█████████████████████████████


4909-0526-0297, v. 2







[Redacted content]

|   | Respectfully submitted, |
|---|---|
|   | **MCNEES WALLACE & NURICK LLC** |
| By: | */s/ Erik R. Anderson* |
|   | Erik Roberts Anderson (I.D. 203007) |
|   | Adam L. Santucci (I.D. 307058) |
|   | Conner H. Porterfield (I.D. 330676) |
|   | 100 Pine Street |
|   | Harrisburg, PA 17101 |
|   | (717) 232-8000 |
|   | eanderson@mcneeslaw.com |
|   | asantucci@mcneeslaw.com |
|   | cporterfield@mcneeslaw.com |
| Date:   December 23, 2024 | *Counsel for Defendants / Counterclaim-Plaintiffs* |

## CERTIFICATE OF SERVICE

I hereby certify that on this date I served a true and correct copy of this document upon counsel of record via the Court's ECF system.

Date:   December 23, 2024December 23, 2024                    */s/ Erik R. Anderson*
                                                                                                    Erik R. Anderson