McNees Wallace & Nurick LLC
100 Pine Street
Harrisburg, PA 17101

**Erik Roberts Anderson**
Direct Dial: 717.237.5420
Fax: 717.237.5300
eanderson@mcneeslaw.com

December 24, 2024

*Via ECF*

The Honorable Joseph F. Leeson, Jr.
United States District Court
Eastern District of Pennsylvania
504 W. Hamilton Street
Suite 3401
Allentown, PA 18101

Re:   *Smith v. The Fintex Group, LLC et al.*
      **5:24-cv-02134-JFL**

Dear Judge Leeson:

I write on behalf of Defendants in compliance with Your Honor's Dec. 17 Order.[1] Enclosed with this letter is a proposed Order that would compel Plaintiff to produce two classes of documents:

> (1) Plaintiff's non-privileged communications with individuals, including Defendants, that Plaintiff has identified[2] as having (or potentially having) knowledge or information relative to the allegations in this case;[3] and
>
> (2) Plaintiff's consulting business's client contracts.[4]

The proposed Order would also deny Plaintiff's requested relief.

Thank you, Judge Leeson, for considering Defendants' proposed Order.

---

[1] Doc. 42.

[2] *See* Defs.' First Set of Interrogs. at No. 1 ("Identify every person whom you know or believe to have personal knowledge of any of the facts alleged in the Complaint[.]");

[3] *See* Defs.' First Doc. Req. at No. 22 ("[C]ommunications between and or among you and each person you believe has knowledge or information relating to the facts of your case or the allegations in your complaint[.]"); *Id.* at No. 26 ("Communications which refer or relate to and/or otherwise mention: (a) Defendants; (b) Your alleged employment with Defendants; or (c) this . . . lawsuit.").

[4] *See* Defs.' Second Doc. Req. at No. 1 ("Please produce all contracts between The Linchpin Company, LLC and its client(s) from 2015 through the present.").

*The Honorable Joseph F. Leeson, Jr.*
*Dec. 24, 2024*
*Page 2*

Season's greetings,

*/s/ Erik R. Anderson*

Erik Roberts Anderson
**MCNEES WALLACE & NURICK LLC**

cc:     All Counsel of Record (via ECF)

Encl.

# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **CHRISTOPHER SMITH,** : | |
| : | |
| *Plaintiff/Counterclaim Defendant* : | |
| : | |
| v. : | No. 5:24-cv-02134-JFL |
| : | |
| **THE FINTEX GROUP LLC** and : | JURY TRIAL DEMANDED |
| **ANDREW WEINSTEIN,** : | |
| : | |
| *Defendants/Counterclaim Plaintiffs* : | |

## ORDER

AND NOW this ____ day of _____, 202__, upon consideration of Defendants' Dec. 24, 2024 letter (Doc. 48), it is **ORDERED** and **DECREED** that within 14 days of this Order:

(1) Plaintiff shall make a rule-compliant and complete document production—excluding documents Plaintiff has already produced—to Defendants as follows:

   (a) Plaintiff's non-privileged communications with each individual identified in Plaintiff's Dec. 10, 2024 Amended Response to Defendants' First Set of Interrogatories in response to Defendants' Interrogatory Request No. 1;

   (b) All contracts between The Linchpin Company, LLC and its client(s) from 2015 through the present.

It is further **ORDERED** and **DECREED** that the relief sought by Plaintiff in Doc. 44 is **DENIED**.

BY THE COURT:

_____
**JOSEPH F. LEESON, JR.**
United States District Judge