UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| CHRISTOPHER SMITH,<br>    Plaintiff,<br><br>  v.<br><br>THE FINTEX GROUP LLC and<br>ANDREW WEINSTEIN,<br>    Defendants. | :<br>:<br>:<br>:  No. 5:24-cv-2134<br>:<br>:<br>:<br>: |

**O R D E R**

**AND NOW**, this 6th day of January, 2025, upon consideration of Plaintiff's letter requesting an adjournment of Defendants' Motion for Partial Summary Judgment, *see* ECF No. 49; Defendants' non-opposition thereto, *see* ECF No. 50; and in light of the ongoing discovery dispute, **IT IS HEREBY ORDERED THAT** the scheduling order, *see* ECF 30, is **AMENDED** as follows:

1. All dispositive motions shall be filed **not later than February 6, 2025**;

2. Defendants' Motion to Seal, *see* ECF No. 45, and Motion for Partial Summary Judgment, *see* ECF No. 46, are **DISSMISSED without prejudice**;

3. **A final pretrial conference for this matter will be held on April 22, 2025, at 3:00 p.m.**, at the Edward N. Cahn U.S. Courthouse and Federal Building, Courtroom C, Third Floor, 504 West Hamilton Street, Allentown, Pennsylvania; and

4. The case is **scheduled for trial on April 28, 2025**.

5. In all other respects, the scheduling order remains unchanged.

                                          BY THE COURT:

                                          */s/ Joseph F. Leeson, Jr.*
                                          JOSEPH F. LEESON, JR.
                                          United States District Judge